IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL 20 AM 9:10

CLERK
SO. DIST. OF GA.

LUTHER CRAWFORD, JR.,

Plaintiff,

v.

HUGH GORDON; DAN BARBER;
CHARLES FORNEY; STAN YORK;
STATESBORO POLICE DEPARTMENT;
BULLOCH COUNTY SHERIFF'S
DEPARTMENT; and LEE HARRIS,

Defendants.

CIVIL ACTION NO.: CV609-077

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Charles Forney, Stan York, Statesboro Police Department, the Bulloch County Sheriff's Department, and Lee Harris are **DISMISSED** for failure to state a claim upon which relief can be granted. Plaintiff's state tort law claims and Plaintiff's claims against Defendants, Barber and York, in their official capacities are also **DISMISSED**.

**SO ORDERED**, this 20 day of July, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)